UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
.
JUSTIN VALENCIA, on behalf of himself and all others  :
similarly situated,
.
Plaintiff,        :        25-CV-07762 (JAV)
.
-v-             :        ORDER
.
CHI RESTAURANT & BAR, INC.,
.
Defendant.     :
.
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated November 12, 2025, ECF No. 9, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by January 23, 2026.  To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **today, January 29, 2026 by 5:00 pm**.

      SO ORDERED.

Dated:  January 29, 2026
      New York, New York                 JEANNETTE A. VARGAS
                               United States District Judge